1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                               EASTERN DISTRICT OF CALIFORNIA
10
11   THOMAS HERNANDEZ,                           No.  1:18-cv-01271-LJO-JLT (HC)
12                      Petitioner,              **ORDER VACATING HEARING**
13        v.                                     **(Doc. 12.)**
14
15   DAVID BAUGHMAN, Warden,
16                      Respondent.

17          On November 19, 2018, Respondent filed a motion to dismiss the petition for failure to

18   exhaust state remedies. (Doc. 11.) Respondent also filed a notice of hearing on the motion to

19   dismiss. (Doc. 12.) Pursuant to Local Rule 230(l) and as stated in the scheduling order, "[a]ll

20   motions shall be submitted on the record and briefs filed without oral argument unless otherwise

21   ordered by the Court." (Doc. 5.)

22          Accordingly, the Court **ORDERS** that the hearing set for February 6, 2019 at 9:30 a.m.

23   before the undersigned is VACATED. The motion will be determined on the papers.

24
25   IT IS SO ORDERED.

26      Dated:   __**November 26, 2018**__            _____**/s/ Jennifer L. Thurston**_____
                                                      UNITED STATES MAGISTRATE JUDGE
27
28