UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DAVID BAUGHMAN, Warden,<br><br>　　　　　Respondent. | No. 1:18-cv-01271-JLT (HC)<br><br>**ORDER REQUIRING RESPONDENT TO FILE A RESPONSE**<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On September 12, 2018, Petitioner filed a petition for writ of habeas corpus. After conducting a preliminary review, the Court directed Respondent to file a response. On November 19, 2018, Respondent filed a motion to dismiss the petition as a mixed petition containing an unexhausted claim. The District Court granted the motion on February 21, 2019 and directed Petitioner to file a First Amended Petition deleting the unexhausted claim or request dismissal of the petition without prejudice. On March 5, 2019, Petitioner filed a First Amended Petition deleting the unexhausted claim.

Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure, the Court **ORDERS**:

1.　　Respondent **SHALL** file a response to the Petition **within 60 days** of the date of service of this order.

1

2. Petitioner may file a traverse **within 30 days** of the date Respondent's answer is filed with the Court. If no traverse is filed, the petition and answer are deemed submitted at the expiration of the thirty days.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **March 7, 2019**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE