<pre>
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
</pre>

| THOMAS HERNANDEZ, | ) Case No.: 1:18-cv-01271-LJO-JLT (HC) |
|---|---|
| Petitioner, | ) ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | ) |
| DAVID BAUGHMAN, Warden, | ) (Doc. 31) |
| Respondent. | ) |

On November 8, 2019, Petitioner filed an application to substitute respondent, requesting this Court substitute Christian Pfeiffer, Warden, Kern Valley State Prison, Delano, California as respondent in place of David Baughman, Warden, California State Prison, Sacramento, California to reflect Petitioner's transfer from CSP-Sacramento to Kern Valley State Prison. (Doc. 31.) Because Warden Pfeiffer is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Christian Pfeiffer.

IT IS SO ORDERED.

    Dated: **November 18, 2019**        **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE